UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JARVIS JERMAINE SHELVIN | CIVIL ACTION 14-584 |
| VERSUS | JUDGE HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for Report and Recommendation. After full consideration of the record, and noting the absence of objections, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

It is hereby **ORDERED** that petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 USC section 2254 is **DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.**

THUS DONE and SIGNED on this 6th day of October, 2015.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA